UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60409-RAR

**DEBORAH BONETA**, *et al.*,

    Plaintiffs,

v.

**AMERICAN MEDICAL SYSTEMS, INC.**,

    Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 264] ("Report"), entered on October 11, 2021. The Report recommends that Plaintiffs be permitted to pursue their claims in this case, with no preclusion by judicial estoppel. Defendant filed objections to the Report on October 18, 2021 [ECF No. 272] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Defendant timely filed Objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Strauss's findings. Having carefully reviewed the Report, the parties' written submissions and supporting materials, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 264] is **AFFIRMED AND ADOPTED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of October, 2021.

                                                                        _____
                                                                        **RODOLFO A. RUIZ II**
                                                                        **UNITED STATES DISTRICT JUDGE**